ACCEPTED
14-15-00191-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 2:08:12 PM
CHRISTOPHER PRINE
CLERK

Cause No. 14-15-00191-CV

**IN THE**

# COURT OF APPEALS

**Fourteenth Judicial District**
**Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 2:08:12 PM
CHRISTOPHER A. PRINE
Clerk

_____

CYNTHIA STERNBERG,
*Appellant*.

v.

LYDIA MARRERO LANGSTON TRUST, KATHERINE LANGSTON
STOETZEL, JAMES WRIGHT LANGSTON, JR., KENNETH LOUIS
LANGSTON, AND DR. JAMES WRIGHT LANGSTON,
*Appellees*

_____

Appealed from the
190th Judicial District Court
Harris County, Texas
Cause No. 2013-67767

_____

APPELLEES' OBJECTION AND RESPONSE TO APPELLANT'S MOTION TO
EXTEND TIME TO FILE BRIEF

_____

**DARRYL V. PRATT**
Texas State Bar No. 24002789
2500 Legacy Drive, Suite 228
Frisco, Texas 75034
(972) 712-1515 Telephone
(972) 712-2832 Facsimile
*courtfilings@prattlawgroup.com*
ATTORNEY FOR APPELLEES

**APPELLEES' OBJECTIONS AND RESPONSE TO
APPELLANT'S REQUEST FOR EXTENSION OF
TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Appellees, LYDIA MARRERO LANGSTON TRUST, KATHERINE LANGSTON STOETZEL, JAMES WRIGHT LANGSTON, JR., KENNETH LOUIS LANGSTON, AND DR. JAMES WRIGHT LANGSTON, file this Objection and Response to Appellant's Request for Extension of Time in Which to File Brief, and in support would show as follows:

1. On or about June 1, 2015, Appellant filed her *"Appellant's Firs [sic] Request for Extension of Time in Which to File Brief (opposed)"* (hereinafter "Request"). At the outset, Appellees note and clarify that Appellant is seeking an extension of time by which to file the trial court record, not Appellant's brief as improperly stated in the title of her Request.

2. The final judgment of the trial court was entered in this case on January 9, 2015. Pursuant to Tex. R. App. P. 26.1(a), the original deadline for filing the appellate record was May 11, 2015. *See also* Tex. R. App. P. 35.1(a) (The appellate record must be filed, within 120 days after the judgment is signed if governed by Tex. R. App. P. 26.1(a)).

3. On or about April 29, 2015, Appellant filed an *"Affidavit of Indigency"* (hereinafter "Affidavit"). On May 5, 2015, the Harris County District Clerk filed

it's *"District Clerk's Contest of Affidavit of Indigence Texas Rule of Appellate Procedure 20.1."*

4. On May 12, 2015, the trial court entered its *"Judgment and Order Sustaining Contest to Pauper's Oath,"* denying Appellant's Affidavit and finding specifically that Appellant "is able to pay all filing fees, or to give security therefore, [and] that the affidavit was not filed in good faith." As a result, the district clerk was ordered not to proceed or process any further actions or settings on the case until Appellant pays and/or deposits in full all costs of this appeal.

5. As of the date of filing of this Response, Appellant has made no payment arrangements for the preparation of the record in this case.

6. Appellant alleges in her Request that the parties hereto "are engaged over these identical issues in Mississippi." To the contrary, on or about August 12, 2014, the Mississippi court entered an order invalidating the last will and testament and trust agreement at issue in this case to be invalid.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellees request that Appellant's Request be DENIED.

Respectfully submitted,

*/s/ Darryl V. Pratt*
Darryl V. Pratt
Texas State Bar ID 24002789
PRATT LAW GROUP, PLLC
2500 Legacy Drive, Suite 228
Frisco, Texas 75034
(972) 712-1515 Telephone
(972) 712-2832 Facsimile
*courtfilings@prattlawgroup.com*
ATTORNEY FOR APPELLEES

## CERTIFICATE OF SERVICE

I certify that a copy of Appellees *Objections and Response to Appellant's Request for Extension of Time in Which to File [Appellate Record]* was served on each of the following parties in accordance with the Texas Rules of Appellate Procedure on June 5, 2015.

Cynthia Sternberg
2727 Revere Street, #1069
Houston, Texas 75098
*Langston7@aol.com*

*/s/ Darryl V. Pratt*
Darryl V. Pratt